1122

No. 96–1846. NEWMAN ET UX. *v.* WORCESTER COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. Ind. Certiorari denied.

No. 96–1850. REYNOLDS, WARDEN, ET AL. *v.* BROWN. C. A. 10th Cir. Certiorari denied.

No. 96–1859. DIANA *v.* FLORIDA. Cir. Ct. Pinellas County, Fla. Certiorari denied.

No. 96–1868. GOLDTOOTH *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 96–1876. EHRLANDER *v.* DEPARTMENT OF TRANSPORTATION OF ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 96–1903. ABBEY *v.* SVERDRUP CORP. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 96–1922. GREAT PLAINS CHEMICAL CO., INC., ET AL. *v.* MICRO CHEMICAL, INC. C. A. Fed. Cir. Certiorari denied.

No. 96–1931. SALERNO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5609. CHRISTY *v.* MAGNUSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7662. ANDERSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–7758. FIERRO *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–8280. WILLIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–8380. UNTERBURGER ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8405. VASQUEZ *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8413. MURDOCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.